United States Bankruptcy Court
Eastern District of Arkansas

In re: Case No. 21-11351-pmj
Dale Wagner Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4     User: admin     Page 1 of 2
Date Rcvd: Jun 24, 2021     Form ID: ncont341     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale Wagner, 612 Oakley Lane, Jacksonville, AR 72076-3709 |
| 6666360 | + | Arkansas Federal Credit Union, P.O. Box 9, Jacksonville, AR 72078-0009 |
| 6666367 | + | Kia Motors Finance, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 6666373 | ++++ | SMILE BRANDS FINANCE INC., 100 SPECTRUM CENTER DR STE 1500, IRVINE CA 92618-4984 address filed with court:, Smile Brands Finance Inc., 8105 Irvine Center Dr Ste 1500, Irvine, CA 92618 |
| 6666374 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit, 950 Technology Way Suite 301, Libertyville, IL 60048 |
| 6666370 | + | Saleta Wagner, 612 Oakley Lane, Jacksonville, AR 72076-3709 |
| 6666371 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 6666376 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA LPP Loan Servicing, P.O. Box 510407, Salt Lake City, UT 84151 |
| 6666377 | + | Utah Higher Education Assistan, P.O. Box 145112, Salt Lake City, UT 84114-5112 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6666359 | + | Email/Text: bknotifications@americancarcenter.com | Jun 24 2021 21:52:00 | American Financial, 6400 Winchester Road, Memphis, TN 38115-8117 |
| 6666361 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 22:05:19 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 6666363 | + | Email/Text: documentfiling@lciinc.com | Jun 24 2021 21:52:00 | Comcast Corporation, 1701 JFK Blvd., Philadelphia, PA 19103-2899 |
| 6666364 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 24 2021 21:52:00 | Convergent Outsourcing Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 6666365 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 24 2021 21:52:00 | Credit Acceptance Corp, P.O. Box 5070, Southfield, MI 48086-5070 |
| 6666366 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 24 2021 21:52:00 | Department of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 6666368 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 24 2021 21:52:00 | Nelnet Loan Services, 3015 S. Parker Road Suite 425, Aurora, CO 80014-2904 |
| 6666369 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 22:05:19 | Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 6666375 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 22:04:44 | Synchrony Bank, P.O. Box 965048, Orlando, FL 32896-5048 |
| 6666378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2021 21:52:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 6666379 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2021 21:52:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, |

District/off: 0860-4  User: admin  Page 2 of 2
Date Rcvd: Jun 24, 2021  Form ID: ncont341  Total Noticed: 21

| Recip ID | | | | |
|---|---|---|---|---|
| 6667819 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | Jun 24 2021 22:04:45 | MN 55426-0055<br>Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6666362 | *+ | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 6666372 | *+ | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mickey Lynn Stevens | on behalf of Debtor Dale Wagner skeltonandstevens@outlook.com stevensmr82608@notify.bestcase.com |
| Renee S. Williams | rwilliamstrustee@gmail.com AR06@ecfcbis.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov<br>Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

Form ncont341

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Dale Wagner
Debtor

Case No.: 4:21−bk−11351
Chapter: 7
Judge: Phyllis M. Jones
Trustee: Renee S. Williams
Chapter 7 Panel Trustee
**Teleconf 888−200−9679 code9350058**
125 Robertsridge Street
Hot Springs, AR 71901−7286

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 7/19/21, 03:00 PM at the following location:

341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 6/24/21

Linda McCormack, Clerk